# Exhibit 2

| USRE48633E1 | Konka Group: Movevision ("The accused product") |
|---|---|
| 19. A method of reprogramming a receiver station, said method comprising the steps of: | The accused product discloses a method of reprogramming (e.g., updating the operating system of the accused product) a receiver station (e.g., the accused product).<br><br>As shown below, the accused product is an Android TV running OS version 11. The accused product receives information related to an operating system update including an OS update signal (control signal). The OS update signal includes information identifying the updated OS version (designated version). The OS update information is passed to the SoC/processor of the accused product to detect the OS update signal. The SoC of the accused product then checks whether the accused product is compatible with the OS upgrade i.e., OS version (specific version) of the accused product is equivalent to updated OS version (designated version). If the accused product is determined to be compatible, the SoC connects to an OS update source, such as Android servers, and upgrades the operating system of the accused product from the existing OS version to the updated OS version.<br><br>Upon installing the updated version of operating system, the SoC/processor communicates memory control instructions to erase or overwrite operating system instructions of the current version and to store operating system instructions corresponding to the updated version in erasable programmable memory of the accused product, such as flash memory, EEPROM, etc. Further, the SoC of the accused product executes the updated operating system instructions to control the operation of SoC. |



https://www.konka-usa.com/televisions/u5-series-Android-TV/

| Series | KONKA 809 Series<br>Mini QD-LED TV | KONKA 812 Series<br>Mini QD-LED TV | KONKA 684 Series<br>Frameless TV | MOVEVISION<br>Smart Monitor |
|---|---|---|---|---|
| PICTURE | | | | |
| PANEL | | | | |
| Type | QLED Direct LED | Direct LED | | Direct LED |
| Resolution | 4K Ultra HD | 1080p Full HD<br>(32" 720p HD) | | 4K Ultra HD |
| Motion Rate | AccuMotion™ 120 | | | AccuMotion™ 120 |
| LED Backlight Brightness | HiBright™ Pro | | | HiBright™ Pro<br>(43" HiBright) |
| Wide Color Gamut | ColorWave™ Pro | | | ColorWave™ |
| Quantum Dot Technology (QLED) | QLED | | | |
| Processor | Konka XC3™ Quad Core+ 4K Ultra HD Engine | | | Konka XC3™ Quad Core+ 4K Ultra HD Engine |

https://www.konka-usa.com/series-chart/



https://www.konka-usa.com/televisions/u5-series-Android-TV/



https://www.konka-usa.com/televisions/u5-series-Android-TV/

**MOVEVISION**

| | |
|---|---|
| RAM | 4G |
| ROM | 64G |
| OS | Android 11 |

https://www.konkaglobal.com/product/televisions/konka-27-mobiletvs/

An Android TV is more or less an Android phone with a super-large screen, sans the heavyweight hardware and touchscreen. TV manufacturers usually push automatic software updates for new changes, bug fixes, and security patches while Play Store lets you auto-update the apps to enjoy the latest features. In this article, let's see how to turn on or off the automatic app and system updates on Android TV.

https://gadgetstouse.com/blog/2022/11/29/turn-on-off-automatic-updates-android-tv/



# How to Enable or Disable Automatic Updates on Smart TV

You can update an Android TV in two ways. Apps can be updated via Google Play Store while the system firmware updates can be checked via settings. Some people may want the app and OTA updates to download and install automatically to save time while others would want to avoid it, be it to save bandwidth or resource consumption in the background.

https://gadgetstouse.com/blog/2022/11/29/turn-on-off-automatic-updates-android-tv/

# How to Turn On/Off Automatic App or System Updates on Android TV

By Ritik Singh    Update on: November 29, 2022    How To

**Quick Answer**

- Some people may want the app and OTA updates to download and install automatically to save time while others would want to avoid it, be it to save bandwidth or resource consumption in the background.
- This is how you can turn on or off automatic software updates and app updates on your Android TV.
- In this article, let's see how to turn on or off the automatic app and system updates on Android TV.

AdChoices

**Pexip Connect for Google Rooms**

Enable Teams now    ]pexip[

https://gadgetstouse.com/blog/2022/11/29/turn-on-off-automatic-updates-android-tv/

## Configure automatic updates on Android TV and Google TV

On both Android TV and Google TV, the system allows **enable or disable automatic search and installation of updates**This is usually found in the same "Software Update" section, with a simple checkbox or switch.

If you enable automatic updates, the TV will take care of it. **Check periodically for new versions, download them in the background, and in many cases, install them when you shut down or restart your computer.**It's the most convenient option if you don't want to worry about anything.

https://mundobytes.com/en/How-to-update-your-smart-TV-with-Android-TV-or-Google-TV/

Google system services updates give you new and useful features that make your Android devices more secure and reliable. It includes updates to the Android operating system and key system services provided by Google, Google Play Store, and Google Play services. Google system services updates are available for all Google-certified Android devices, such as:

- Phones
- Tablets
- Android TV and Google TV devices
- Android Auto-enabled vehicles
- Wear OS devices
- Chrome OS devices

https://support.google.com/product-documentation/answer/11462338?hl=en

## System services updates on your device

By default, Google system services automatically updates your device with security, bug fixes, and new features. Some updates are delivered via system services in separate Android packages. This maintains privacy, security and data isolation following the principle of least privilege because permissions are not shared with other functionality. These separate Android packages also benefit from enhanced transparency. See Google system services APK Transparency Log ⧉ .

https://support.google.com/product-documentation/answer/11462338?hl=en

# Get the latest Android updates for your device

## Update notification

When you get a notification, open it and tap the update action.

## Check for updates in the Settings app

If you cleared your notification or your device was offline, you can also download new software, security, and Play Store updates from the Settings app. Most system updates and security patches install automatically.

https://support.google.com/android/answer/7680439

**4.** Turn on or off the '**Automatic Software Update**' option if available.

https://gadgetstouse.com/blog/2022/11/29/turn-on-off-automatic-updates-android-tv/



https://gadgetstouse.com/blog/2022/11/29/turn-on-off-automatic-updates-android-tv/

Android devices in the field can receive and install over-the-air (OTA) updates to the system, app software, and time zone rules. This section describes the structure of update packages and the tools provided to build them. It is intended for developers who want to make OTA updates work on new Android devices and those who want to build update packages for released devices.

OTA updates are designed to upgrade the underlying operating system, the read-only apps installed on the system partition, and time zone rules; these updates do *not* affect apps installed by the user from Google Play.

https://source.android.com/docs/core/ota

### The Basics Of OTA Updates

OTA updates are a method of delivering software updates to devices without the need for physical media or cables. Instead, the updates are sent wirelessly over the internet, allowing smart TVs to receive and install the latest software, bug fixes, security patches, and new features remotely. This technology has become a cornerstone in the consumer electronics industry, offering a seamless way to keep devices up - to - date.

https://www.evergreensinochem.com/blog/how-do-ota-updates-work-for-smart-tvs-2598195.html

## What are the benefits and drawbacks of OTA updates?

OTA updates are a more efficient way for OEMs to fix bugs and update software than to manually upgrade each individual device. OTA updates can catch issues before devices launch, which can save OEMs time and money, as well as reduce the software development and quality-assurance (QA) process. OTA updates also enable OEMs to update software more easily on devices that are difficult to access, such as advertising displays.

https://www.techtarget.com/searchmobilecomputing/definition/OTA-update-over-the-air-update

## How OTA updates work

OEMs can deliver OTA updates to users in a few ways. From the end user's perspective, the OTA update can either be automatic or manual.

With an automatic OTA update, the back-end system of a mobile operator can push a firmware update to the end user's device. OEMs can use products that automate OTA updates, such as platforms from Smith Micro and Akamai, to manage and deploy OTA updates to their end users' devices. Devices that are in remote locations, such as IoT sensors, or devices that don't have frequent human contact, such as an autonomous vehicle, are good contenders for automatic OTA updates.

https://www.techtarget.com/searchmobilecomputing/definition/OTA-update-over-the-air-

update

### The Installation Process

Once the user decides to install the update, the smart TV initiates the download process. It connects to our servers or the CDN and downloads the update package. The download speed depends on several factors, including the user's internet connection speed, the size of the update, and the load on our servers.

After the download is complete, the smart TV verifies the integrity of the update package using a hash algorithm. This ensures that the package has not been corrupted during the download process. If the verification is successful, the TV proceeds with the installation.

The installation process involves the replacement of the existing software with the new version. The TV may need to restart several times during the installation to apply the changes. Our OTA system is designed to handle any errors that may occur during the installation. In case of a failure, the TV can roll back to the previous version of software, ensuring that the device remains functional.

http://evergreensinochem.com/blog/how-do-ota-updates-work-for-smart-tvs-2598195.html

Whether you're buying the best OLED or a budget TV, a TV's processor is the microchip that handles all computational tasks on your smart TV. It runs the TV's operating system, processes commands from your remote or voice assistant, runs streaming apps, upscales and improves content to look better on the screen, and coordinates all the smart features you'd expect from a modern TV.

https://www.tomsguide.com/tvs/does-your-tvs-processor-actually-matter-heres-what-it-really-does

At first, the only Internet-connected TVs with integrated apps were high-end models, and you paid a premium to have additional processors run Netflix and other apps in the menu. That's not the case anymore. Almost all TVs have a single processing chip inside, called a System on a Chip (SoC), that is responsible for everything the TV does, such as input switching, local dimming and image processing, as well as all of the smart TV features. Because TV manufacturers integrate SoCs in all their models, a TV without smart apps would still use the same SoC hardware as one with apps, so it saves no money to omit the smart TV features.

https://www.nytimes.com/wirecutter/blog/what-is-a-smart-tv/

## Processor

Smart TVs function as an embedded computer system with a processor as their core. The processor powers the operating system, applications, user interface, and TV features, providing speed and performance.

https://www.engineersgarage.com/smart-tv-as-embedded-computer-system/

A smart TV is an embedded system. It's built by integrating several components, making a specialized computer system. The main hardware components are as follows.

1. Processor
2. Motherboard (System on Chip)
3. Memory
4. Input/output ports

https://www.engineersgarage.com/smart-tv-as-embedded-computer-system/

## Motherboard

The motherboard, often called the system-on-chip (SoC), is a critical component of smart TVs. It connects and coordinates the various hardware components, such as the processor, RAM, storage, and input/output interfaces. TV SoCs are typically ARM-based or x86-based, depending on the manufacturer's choice. The motherboard's integration reduces the television's size, lowers power consumption, and enhances performance while decreasing production costs.

https://www.engineersgarage.com/smart-tv-as-embedded-computer-system/

Nowadays, televisions on the market are basically smart TVs. When buying a smart TV, everyone must read the configuration parameters of the TV, especially the memory. The memory is divided into storage and ram storage. The ram storage is related to the flow of the TV operation. While memory storage is used to install software and store files. Therefore, when shopping for your next TV, check to see if the smart TV memory is "GB" or "Gb."

https://www.lemmymorgan.com/see-if-the-smart-tv-memory-is-gb-or-gb/

## Memory

Smart TVs have two primary types of memory: RAM and ROM. RAM provides temporary storage for data and instructions while the TV is running, enabling smooth multitasking. Most TVs today use DDR4 RAM for high speed and energy efficiency, with capacities ranging from 2 to 4 GB. ROM stores the TV's operating system, applications, and user data, with 8 to 32 GB storage. Depending on the model, ROM can consist of SSDs, eMMC, or NAND flash memory.

https://www.engineersgarage.com/smart-tv-as-embedded-computer-system/

There are primarily two types of memory in smart TVs: RAM (Random Access Memory) and storage memory.

- **RAM:** This is the volatile memory where data is stored temporarily while the TV is running. It is used for executing applications, and the data is lost when the TV is turned off.
- **Storage Memory**: This is the non-volatile memory used for storing the operating system, applications, and sometimes user data like recorded TV shows or movies. Storage can come in the form of hard disk drives (HDD), solid-state drives (SSD), or flash memory.

https://thetechylife.com/how-much-memory-does-a-smart-tv-have/

Flash memory is a type of **electronically-erasable programmable read-only memory** (EEPROM), but it can also be a standalone memory storage device such as a USB drive.

It is a non-volatile memory chip used for storage and for transferring data between a PC and other digital devices. It is often found in USB flash drives, MP3 players, digital cameras, and solid-state drives.

Toshiba developed flash memory in the early 1980s and introduced it to the market in 1984.

Flash memory incorporates the use of floating-gate transistors to store data.

**Working Principle:** Flash memory is a non-volatile memory technology that uses floating gate transistors like EEPROM. It is organized into memory cells, blocks, and sectors for efficient data storage.

**Write and Erase Process:** Flash memory uses a more complex process called "erase-before-write." To write data, a block of Flash memory must be erased first. This involves clearing a large number of cells simultaneously, which makes writing slower compared to EEPROM. Flash cells have higher density but are slower to erase and write.

https://www.electronicsforu.com/technology-trends/learn-electronics/eeprom-difference-flash-memory

A cache is small, temporary storage, often found within computers, phones, and smart TVs. When you perform any number of operations on such a device, data is then added to the cache as a copy of other operations so that, in the future, retrieval can be sped up. When you're conducting the same operations over and again, your TV, in this case, can go to the cache so that everything happens just a bit more quickly.

https://www.pocket-lint.com/what-is-a-smart-tv-cache/



https://www.techjunkie.com/clear-cache-android-tv/

| | |
|---|---|
| | Certainly, EEPROM (Electrically Erasable Programmable Read-Only Memory) and Flash memory are two types of non-volatile memory technologies commonly used in electronic devices for data storage. Here's a more detailed explanation of each, along with their differences and applications<br><br>https://www.electronicsforu.com/technology-trends/learn-electronics/eeprom-difference-flash-memory |
| receiving an information transmission, said information transmission including a control signal which designates a designated version of a programmable device; passing said information transmission to a signal detector and detecting said control signal; | The accused product discloses receiving an information transmission (e.g., information related to updating the operating system of the accused product), said information transmission (e.g., information related to updating the operating system of the accused product) including a control signal (e.g., operating system update signal, etc.) which designates a designated version (e.g., updated version of the operating system) of a programmable device (e.g., SoC/processor of the accused product) and passing (e.g., sending) said information transmission (e.g., information related to updating the operating system of the accused product) to a signal detector (e.g., signal detecting module of SoC) and detecting said control signal (e.g., operating system update signal, etc.).<br><br>As shown below, the accused product is an Android TV running OS version 11. The accused product receives information related to an operating system update including an OS update signal (control signal). The OS update signal includes information identifying the updated OS version (designated version). The OS update information is passed to the SoC/processor of the accused product to detect the OS update signal. |

| Series | KONKA 809 Series<br>Mini QD-LED TV | KONKA 812 Series<br>Mini QD-LED TV | KONKA 684 Series<br>Frameless TV | MOVEVISION<br>Smart Monitor |
|---|---|---|---|---|
| PICTURE | | | | |
| PANEL | | | | |
| Type | QLED Direct LED | Direct LED | | Direct LED |
| Resolution | 4K Ultra HD | 1080p Full HD<br>(32" 720p HD) | | 4K Ultra HD |
| Motion Rate | AccuMotion™ 120 | | | AccuMotion™ 120 |
| LED Backlight Brightness | HiBright™ Pro | | | HiBright™ Pro<br>(43" HiBright) |
| Wide Color Gamut | ColorWave™ Pro | | | ColorWave™ |
| Quantum Dot Technology (QLED) | QLED | | | |
| Processor | Konka XC3™ Quad Core+ 4K Ultra HD Engine | | | Konka XC3™ Quad Core+ 4K Ultra HD Engine |

https://www.konka-usa.com/series-chart/



https://www.konka-usa.com/televisions/u5-series-Android-TV/

## MOVEVISION

| | |
|---|---|
| RAM | 4G |
| ROM | 64G |
| OS | Android 11 |

https://www.konkaglobal.com/product/televisions/konka-27-mobiletvs/

An Android TV is more or less an Android phone with a super-large screen, sans the heavyweight hardware and touchscreen. TV manufacturers usually push automatic software updates for new changes, bug fixes, and security patches while Play Store lets you auto-update the apps to enjoy the latest features. In this article, let's see how to turn on or off the automatic app and system updates on Android TV.

https://gadgetstouse.com/blog/2022/11/29/turn-on-off-automatic-updates-android-tv/



# How to Enable or Disable Automatic Updates on Smart TV

You can update an Android TV in two ways. Apps can be updated via Google Play Store while the system firmware updates can be checked via settings. Some people may want the app and OTA updates to download and install automatically to save time while others would want to avoid it, be it to save bandwidth or resource consumption in the background.

https://gadgetstouse.com/blog/2022/11/29/turn-on-off-automatic-updates-android-tv/

# How to Turn On/Off Automatic App or System Updates on Android TV

By Ritik Singh     Update on: November 29, 2022     How To

**Quick Answer**

- Some people may want the app and OTA updates to download and install automatically to save time while others would want to avoid it, be it to save bandwidth or resource consumption in the background.
- This is how you can turn on or off automatic software updates and app updates on your Android TV.
- In this article, let's see how to turn on or off the automatic app and system updates on Android TV.

Pexip Connect for Google Rooms

Enable Teams now    ]pexip[

https://gadgetstouse.com/blog/2022/11/29/turn-on-off-automatic-updates-android-tv/

## Configure automatic updates on Android TV and Google TV

On both Android TV and Google TV, the system allows **enable or disable automatic search and installation of updates**This is usually found in the same "Software Update" section, with a simple checkbox or switch.

If you enable automatic updates, the TV will take care of it. **Check periodically for new versions, download them in the background, and in many cases, install them when you shut down or restart your computer.**It's the most convenient option if you don't want to worry about anything.

https://mundobytes.com/en/How-to-update-your-smart-TV-with-Android-TV-or-Google-TV/

Google system services updates give you new and useful features that make your Android devices more secure and reliable. It includes updates to the Android operating system and key system services provided by Google, Google Play Store, and Google Play services. Google system services updates are available for all Google-certified Android devices, such as:

- Phones
- Tablets
- Android TV and Google TV devices
- Android Auto-enabled vehicles
- Wear OS devices
- Chrome OS devices

https://support.google.com/product-documentation/answer/11462338?hl=en

## System services updates on your device

By default, Google system services automatically updates your device with security, bug fixes, and new features. Some updates are delivered via system services in separate Android packages. This maintains privacy, security and data isolation following the principle of least privilege because permissions are not shared with other functionality. These separate Android packages also benefit from enhanced transparency. See Google system services APK Transparency Log ☑ .

https://support.google.com/product-documentation/answer/11462338?hl=en

## Get the latest Android updates for your device

### Update notification

When you get a notification, open it and tap the update action.

### Check for updates in the Settings app

If you cleared your notification or your device was offline, you can also download new software, security, and Play Store updates from the Settings app. Most system updates and security patches install automatically.

https://support.google.com/android/answer/7680439

**4.** Turn on or off the '**Automatic Software Update**' option if available.

https://gadgetstouse.com/blog/2022/11/29/turn-on-off-automatic-updates-android-tv/



https://gadgetstouse.com/blog/2022/11/29/turn-on-off-automatic-updates-android-tv/

Android devices in the field can receive and install over-the-air (OTA) updates to the system, app software, and time zone rules. This section describes the structure of update packages and the tools provided to build them. It is intended for developers who want to make OTA updates work on new Android devices and those who want to build update packages for released devices.

OTA updates are designed to upgrade the underlying operating system, the read-only apps installed on the system partition, and time zone rules; these updates do *not* affect apps installed by the user from Google Play.

https://source.android.com/docs/core/ota

### The Basics Of OTA Updates

OTA updates are a method of delivering software updates to devices without the need for physical media or cables. Instead, the updates are sent wirelessly over the internet, allowing smart TVs to receive and install the latest software, bug fixes, security patches, and new features remotely. This technology has become a cornerstone in the consumer electronics industry, offering a seamless way to keep devices up - to - date.

https://www.evergreensinochem.com/blog/how-do-ota-updates-work-for-smart-tvs-2598195.html

## What are the benefits and drawbacks of OTA updates?

OTA updates are a more efficient way for OEMs to fix bugs and update software than to manually upgrade each individual device. OTA updates can catch issues before devices launch, which can save OEMs time and money, as well as reduce the software development and quality-assurance (QA) process. OTA updates also enable OEMs to update software more easily on devices that are difficult to access, such as advertising displays.

https://www.techtarget.com/searchmobilecomputing/definition/OTA-update-over-the-air-update

## How OTA updates work

OEMs can deliver OTA updates to users in a few ways. From the end user's perspective, the OTA update can either be automatic or manual.

With an automatic OTA update, the back-end system of a mobile operator can push a firmware update to the end user's device. OEMs can use products that automate OTA updates, such as platforms from Smith Micro and Akamai, to manage and deploy OTA updates to their end users' devices. Devices that are in remote locations, such as IoT sensors, or devices that don't have frequent human contact, such as an autonomous vehicle, are good contenders for automatic OTA updates.

https://www.techtarget.com/searchmobilecomputing/definition/OTA-update-over-the-air-

<u>update</u>

Whether you're buying the best OLED or a budget TV, <u>a TV's processor is the</u> <u>microchip that handles all computational tasks on your smart TV. It runs the TV's</u> <u>operating system, processes commands from your remote or voice assistant,</u> runs streaming apps, upscales and improves content to look better on the screen, and coordinates all the smart features you'd expect from a modern TV.

https://www.tomsguide.com/tvs/does-your-tvs-processor-actually-matter-heres-what-it-really-does

At first, the only Internet-connected TVs with integrated apps were high-end models, and you paid a premium to have additional processors run Netflix and other apps in the menu. That's not the case anymore. Almost <u>all</u> <u>TVs have a single processing chip inside, called a System on a Chip (SoC),</u> <u>that is responsible for everything the TV does, such as input switching,</u> <u>local dimming and image processing, as well as all of the smart TV features.</u> Because TV manufacturers integrate SoCs in all their models, a TV without smart apps would still use the same SoC hardware as one with apps, so it saves no money to omit the smart TV features.

https://www.nytimes.com/wirecutter/blog/what-is-a-smart-tv/

## Processor

Smart TVs function as an embedded computer system with a processor as their core. The processor powers the operating system, applications, user interface, and TV features, providing speed and performance.

https://www.engineersgarage.com/smart-tv-as-embedded-computer-system/

A smart TV is an embedded system. It's built by integrating several components, making a specialized computer system. The main hardware components are as follows.

1. Processor
2. Motherboard (System on Chip)
3. Memory
4. Input/output ports

https://www.engineersgarage.com/smart-tv-as-embedded-computer-system/

## Motherboard

The motherboard, often called the system-on-chip (SoC), is a critical component of smart TVs. It connects and coordinates the various hardware components, such as the processor, RAM, storage, and input/output interfaces. TV SoCs are typically ARM-based or x86-based, depending on the manufacturer's choice. The motherboard's integration reduces the television's size, lowers power consumption, and enhances performance while decreasing production costs.

https://www.engineersgarage.com/smart-tv-as-embedded-computer-system/

| connecting a source of operating system instructions only to apparatus associated with a programmable device of a specific version equivalent to said designated version, said specific version indicating a version of an operating system executing on said programmable device and controlling the processing capabilities of said programmable device; | The accused product discloses connecting a source of operating system instructions (e.g., OS update source such as android, etc.) only to apparatus (e.g., the accused product) associated with a programmable device (e.g., SoC/processor of the accused product) of a specific version (e.g., operating system version of the accused product) equivalent to said designated version (e.g., updated version of the operating system), said specific version (e.g., operating system version of the accused product) indicating a version of an operating system executing on said programmable device (e.g., SoC/processor of the accused product) and controlling the processing capabilities (e.g., OS runs on the SOC controlling processing capabilities of SOC) of said programmable device (e.g., SoC/processor of the accused product).<br><br>As shown below, the accused product is an Android TV running OS version 11. The accused product receives information related to an operating system update including an OS update signal (control signal). The OS update signal includes information identifying the updated OS version (designated version). The OS update information is passed to the SoC/processor of the accused product to detect the OS update signal. The SoC of the accused product then checks whether the accused product is compatible with the OS upgrade i.e., OS version (specific version) of the accused product is equivalent to updated OS version (designated version). If the accused product is determined to be compatible, the SoC connects to an OS update source, such as Android servers, and upgrades the operating system of the accused product from the existing OS version to the updated OS version.<br><br>For example, if the accused product is currently running Android OS version 11 and the detected update corresponds to Android OS version 11.1 (equivalent to current version), the system-on-chip (SoC) first checks whether Android OS version 11.1 is compatible with the hardware and software configuration of the accused product. If the SoC determines that the update is compatible, the SoC downloads and installs the Android OS 11.1 update. Upon installation, the operating system of the accused product is upgraded from version 11 to version 11.1. |

| Series | KONKA 809 Series Mini QD-LED TV | KONKA 812 Series Mini QD-LED TV | KONKA 684 Series Frameless TV | MOVEVISION Smart Monitor |
|---|---|---|---|---|
| **PICTURE** | | | | |
| PANEL | | | | |
| Type | QLED Direct LED | Direct LED | | Direct LED |
| Resolution | 4K Ultra HD | 1080p Full HD (32" 720p HD) | | 4K Ultra HD |
| Motion Rate | AccuMotion™ 120 | | | AccuMotion™ 120 |
| LED Backlight Brightness | HiBright™ Pro | | | HiBright™ Pro (43" HiBright) |
| Wide Color Gamut | ColorWave™ Pro | | | ColorWave™ |
| Quantum Dot Technology (QLED) | QLED | | | |
| Processor | Konka XC3™ Quad Core+ 4K Ultra HD Engine | | | Konka XC3™ Quad Core+ 4K Ultra HD Engine |

https://www.konka-usa.com/series-chart/



https://www.konka-usa.com/televisions/u5-series-Android-TV/

**MOVEVISION**

| | |
|---|---|
| RAM | 4G |
| ROM | 64G |
| OS | Android 11 |

https://www.konkaglobal.com/product/televisions/konka-27-mobiletvs/

An Android TV is more or less an Android phone with a super-large screen, sans the heavyweight hardware and touchscreen. TV manufacturers usually push automatic software updates for new changes, bug fixes, and security patches while Play Store lets you auto-update the apps to enjoy the latest features. In this article, let's see how to turn on or off the automatic app and system updates on Android TV.

https://gadgetstouse.com/blog/2022/11/29/turn-on-off-automatic-updates-android-tv/



# How to Enable or Disable Automatic Updates on Smart TV

You can update an Android TV in two ways. Apps can be updated via Google Play Store while the system firmware updates can be checked via settings. Some people may want the app and OTA updates to download and install automatically to save time while others would want to avoid it, be it to save bandwidth or resource consumption in the background.

https://gadgetstouse.com/blog/2022/11/29/turn-on-off-automatic-updates-android-tv/

## How to Turn On/Off Automatic App or System Updates on Android TV

By Ritik Singh    Update on: November 29, 2022    How To

**Quick Answer**

- Some people may want the app and OTA updates to download and install automatically to save time while others would want to avoid it, be it to save bandwidth or resource consumption in the background.
- This is how you can turn on or off automatic software updates and app updates on your Android TV.
- In this article, let's see how to turn on or off the automatic app and system updates on Android TV.

**Pexip Connect for Google Rooms**

Enable Teams now    ]pexip[

https://gadgetstouse.com/blog/2022/11/29/turn-on-off-automatic-updates-android-tv/

Here, we have mentioned the detailed steps to enable or disable automatic updates on your Smart TV running Android 8, 9, 10, or 12. Keep reading.

https://gadgetstouse.com/blog/2022/11/29/turn-on-off-automatic-updates-android-tv/

## Configure automatic updates on Android TV and Google TV

On both Android TV and Google TV, the system allows **enable or disable automatic search and installation of updates**This is usually found in the same "Software Update" section, with a simple checkbox or switch.

If you enable automatic updates, the TV will take care of it. **Check periodically for new versions, download them in the background, and in many cases, install them when you shut down or restart your computer.**It's the most convenient option if you don't want to worry about anything.

https://mundobytes.com/en/How-to-update-your-smart-TV-with-Android-TV-or-Google-TV/

Google system services updates give you new and useful features that make your Android devices more secure and reliable. It includes updates to the Android operating system and key system services provided by Google, Google Play Store, and Google Play services. Google system services updates are available for all Google-certified Android devices, such as:

- Phones
- Tablets
- Android TV and Google TV devices
- Android Auto-enabled vehicles
- Wear OS devices
- Chrome OS devices

https://support.google.com/product-documentation/answer/11462338?hl=en

## System services updates on your device

By default, Google system services automatically updates your device with security, bug fixes, and new features. Some updates are delivered via system services in separate Android packages. This maintains privacy, security and data isolation following the principle of least privilege because permissions are not shared with other functionality. These separate Android packages also benefit from enhanced transparency. See Google system services APK Transparency Log ☑ .

https://support.google.com/product-documentation/answer/11462338?hl=en

# Get the latest Android updates for your device

## Update notification

When you get a notification, open it and tap the update action.

## Check for updates in the Settings app

If you cleared your notification or your device was offline, you can also download new software, security, and Play Store updates from the Settings app. Most system updates and security patches install automatically.

https://support.google.com/android/answer/7680439

**4.** Turn on or off the '**Automatic Software Update**' option if available.

https://gadgetstouse.com/blog/2022/11/29/turn-on-off-automatic-updates-android-tv/

Android devices in the field can receive and install over-the-air (OTA) updates to the system, app software, and time zone rules. This section describes the structure of update packages and the tools provided to build them. It is intended for developers who want to make OTA updates work on new Android devices and those who want to build update packages for released devices.

OTA updates are designed to upgrade the underlying operating system, the read-only apps installed on the system partition, and time zone rules; these updates do *not* affect apps installed by the user from Google Play.

https://source.android.com/docs/core/ota

**The Basics Of OTA Updates**

OTA updates are a method of delivering software updates to devices without the need for physical media or cables. Instead, the updates are sent wirelessly over the internet, allowing smart TVs to receive and install the latest software, bug fixes, security patches, and new features remotely. This technology has become a cornerstone in the consumer electronics industry, offering a seamless way to keep devices up - to - date.

https://www.evergreensinochem.com/blog/how-do-ota-updates-work-for-smart-tvs-2598195.html

# What are the benefits and drawbacks of OTA updates?

OTA updates are a more efficient way for OEMs to fix bugs and update software than to manually upgrade each individual device. OTA updates can catch issues before devices launch, which can save OEMs time and money, as well as reduce the software development and quality-assurance (QA) process. OTA updates also enable OEMs to update software more easily on devices that are difficult to access, such as advertising displays.

https://www.techtarget.com/searchmobilecomputing/definition/OTA-update-over-the-air-update

## How OTA updates work

OEMs can deliver OTA updates to users in a few ways. From the end user's perspective, the OTA update can either be automatic or manual.

With an automatic OTA update, the back-end system of a mobile operator can push a firmware update to the end user's device. OEMs can use products that automate OTA updates, such as platforms from Smith Micro and Akamai, to manage and deploy OTA updates to their end users' devices. Devices that are in remote locations, such as IoT sensors, or devices that don't have frequent human contact, such as an autonomous vehicle, are good contenders for automatic OTA updates.

https://www.techtarget.com/searchmobilecomputing/definition/OTA-update-over-the-air-update

### The Installation Process

Once the user decides to install the update, the smart TV initiates the download process. It connects to our servers or the CDN and downloads the update package. The download speed depends on several factors, including the user's internet connection speed, the size of the update, and the load on our servers.

After the download is complete, the smart TV verifies the integrity of the update package using a hash algorithm. This ensures that the package has not been corrupted during the download process. If the verification is successful, the TV proceeds with the installation.

The installation process involves the replacement of the existing software with the new version. The TV may need to restart several times during the installation to apply the changes. Our OTA system is designed to handle any errors that may occur during the installation. In case of a failure, the TV can roll back to the previous version of software, ensuring that the device remains functional.

http://evergreensinochem.com/blog/how-do-ota-updates-work-for-smart-tvs-2598195.html

## Common problems when updating and hardware compatibility

Not all problems when trying to update a Smart TV are due to the file or the process: **In many cases the obstacle lies in the limitations of the hardware**There are relatively old televisions that, although they run Android, do not support the latest versions or the most modern apps.

https://mundobytes.com/en/How-to-update-your-smart-TV-with-Android-TV-or-Google-TV/



https://gadgetstouse.com/blog/2022/11/29/turn-on-off-automatic-updates-android-tv/

Whether you're buying the best OLED or a budget TV, a TV's processor is the microchip that handles all computational tasks on your smart TV. It runs the TV's operating system, processes commands from your remote or voice assistant, runs streaming apps, upscales and improves content to look better on the screen, and coordinates all the smart features you'd expect from a modern TV.

https://www.tomsguide.com/tvs/does-your-tvs-processor-actually-matter-heres-what-it-really-does

At first, the only Internet-connected TVs with integrated apps were high-end models, and you paid a premium to have additional processors run Netflix and other apps in the menu. That's not the case anymore. Almost all TVs have a single processing chip inside, called a System on a Chip (SoC), that is responsible for everything the TV does, such as input switching, local dimming and image processing, as well as all of the smart TV features. Because TV manufacturers integrate SoCs in all their models, a TV without smart apps would still use the same SoC hardware as one with apps, so it saves no money to omit the smart TV features.

https://www.nytimes.com/wirecutter/blog/what-is-a-smart-tv/

## Processor

Smart TVs function as an embedded computer system with a processor as their core. The processor powers the operating system, applications, user interface, and TV features, providing speed and performance.

https://www.engineersgarage.com/smart-tv-as-embedded-computer-system/

A smart TV is an embedded system. It's built by integrating several components, making a specialized computer system. The main hardware components are as follows.

1. Processor
2. Motherboard (System on Chip)

https://www.engineersgarage.com/smart-tv-as-embedded-computer-system/

## Motherboard

The motherboard, often called the system-on-chip (SoC), is a critical component of smart TVs. It connects and coordinates the various hardware components, such as the processor, RAM, storage, and input/output interfaces. TV SoCs are typically ARM-based or x86-based, depending on the manufacturer's choice. The motherboard's integration reduces the television's size, lowers power consumption, and enhances performance while decreasing production costs.

https://www.engineersgarage.com/smart-tv-as-embedded-computer-system/

| communicating operating system | The accused product discloses communicating (e.g., sending) operating system instructions (e.g., instructions related to updated OS) only to a memory (e.g., memory of the accused |

| | |
|---|---|
| instructions only to a memory of said programmable device of said specific version, wherein said communicating comprises erasing any operating system instructions stored within an erasable portion of said memory and then storing said communicated operating system instructions within said erasable portion of said memory; and | product such as flash memory, EEPROM, etc.) of said programmable device (e.g., SoC of the accused product) of said specific version (e.g., operating system version of the accused product), wherein said communicating comprises erasing (e.g., replacing) any operating system instructions stored within an erasable portion (e.g., instructions related to current OS) of said memory (e.g., memory of the accused product such as flash memory, EEPROM, etc.) and then storing said communicated operating system instructions (e.g., instructions related to updated OS) within said erasable portion of said memory (e.g., memory of the accused product such as flash memory, EEPROM, etc.).<br><br>As shown below, the accused product is an Android TV running OS version 11. The accused product receives information related to an operating system update including an OS update signal (control signal). The OS update signal includes information identifying the updated OS version (designated version). The OS update information is passed to the SoC/processor of the accused product to detect the OS update signal. The SoC of the accused product then checks whether the accused product is compatible with the OS upgrade i.e., OS version (specific version) of the accused product is equivalent to updated OS version (designated version). If the accused product is determined to be compatible, the SoC connects to an OS update source, such as Android servers, and upgrades the operating system of the accused product from the existing OS version to the updated OS version.<br><br>For example, if the accused product is currently running Android OS version 11 and the detected update corresponds to Android OS version 11.1 (equivalent to current version), the system-on-chip (SoC) first checks whether Android OS version 11.1 is compatible with the hardware and software configuration of the accused product. If the SoC determines that the update is compatible, the SoC downloads and installs the Android OS 11.1 update. Upon installation, the operating system of the accused product is upgraded from version 11 to version 11.1.<br><br>Upon installing the updated version of operating system, the SoC/processor communicates |

memory control instructions to erase or overwrite operating system instructions of the current version and to store operating system instructions corresponding to the updated version in erasable programmable memory of the accused product, such as flash memory, EEPROM, etc. Further, the SoC of the accused product executes the updated operating system instructions to control the operation of SoC.

| Series | KONKA 809 Series Mini QD-LED TV | KONKA 812 Series Mini QD-LED TV | KONKA 684 Series Frameless TV | MOVEVISION Smart Monitor |
|---|---|---|---|---|
| **PICTURE** | | | | |
| PANEL | | | | |
| Type | QLED Direct LED | Direct LED | | Direct LED |
| Resolution | 4K Ultra HD | 1080p Full HD (32" 720p HD) | | 4K Ultra HD |
| Motion Rate | AccuMotion™ 120 | | | AccuMotion™ 120 |
| LED Backlight Brightness | HiBright™ Pro | | | HiBright™ Pro (43" HiBright) |
| Wide Color Gamut | ColorWave™ Pro | | | ColorWave™ |
| Quantum Dot Technology (QLED) | QLED | | | |
| Processor | Konka XC3™ Quad Core+ 4K Ultra HD Engine | | | Konka XC3™ Quad Core+ 4K Ultra HD Engine |

https://www.konka-usa.com/series-chart/



https://www.konka-usa.com/televisions/u5-series-Android-TV/

**MOVEVISION**

| | |
|---|---|
| RAM | 4G |
| ROM | 64G |
| OS | Android 11 |

https://www.konkaglobal.com/product/televisions/konka-27-mobiletvs/

An Android TV is more or less an Android phone with a super-large screen, sans the heavyweight hardware and touchscreen. TV manufacturers usually push automatic software updates for new changes, bug fixes, and security patches while Play Store lets you auto-update the apps to enjoy the latest features. In this article, let's see how to turn on or off the automatic app and system updates on Android TV.

https://gadgetstouse.com/blog/2022/11/29/turn-on-off-automatic-updates-android-tv/

# How to Enable or Disable Automatic Updates on Smart TV

You can update an Android TV in two ways. Apps can be updated via Google Play Store while the system firmware updates can be checked via settings. Some people may want the app and OTA updates to download and install automatically to save time while others would want to avoid it, be it to save bandwidth or resource consumption in the background.

https://gadgetstouse.com/blog/2022/11/29/turn-on-off-automatic-updates-android-tv/

## How to Turn On/Off Automatic App or System Updates on Android TV

By Ritik Singh     Update on: November 29, 2022     How To

### Quick Answer

- Some people may want the app and OTA updates to download and install automatically to save time while others would want to avoid it, be it to save bandwidth or resource consumption in the background.
- This is how you can turn on or off automatic software updates and app updates on your Android TV.
- In this article, let's see how to turn on or off the automatic app and system updates on Android TV.



https://gadgetstouse.com/blog/2022/11/29/turn-on-off-automatic-updates-android-tv/

## Configure automatic updates on Android TV and Google TV

On both Android TV and Google TV, the system allows **enable or disable automatic search and installation of updates**This is usually found in the same "Software Update" section, with a simple checkbox or switch.

If you enable automatic updates, the TV will take care of it. **Check periodically for new versions, download them in the background, and in many cases, install them when you shut down or restart your computer.**It's the most convenient option if you don't want to worry about anything.

https://mundobytes.com/en/How-to-update-your-smart-TV-with-Android-TV-or-Google-TV/

Google system services updates give you new and useful features that make your Android devices more secure and reliable. It includes updates to the Android operating system and key system services provided by Google, Google Play Store, and Google Play services. Google system services updates are available for all Google-certified Android devices, such as:

- Phones
- Tablets
- Android TV and Google TV devices
- Android Auto-enabled vehicles
- Wear OS devices
- Chrome OS devices

https://support.google.com/product-documentation/answer/11462338?hl=en

## System services updates on your device

By default, Google system services automatically updates your device with security, bug fixes, and new features. Some updates are delivered via system services in separate Android packages. This maintains privacy, security and data isolation following the principle of least privilege because permissions are not shared with other functionality. These separate Android packages also benefit from enhanced transparency. See Google system services APK Transparency Log ⊡ .

https://support.google.com/product-documentation/answer/11462338?hl=en

## Get the latest Android updates for your device

### Update notification

When you get a notification, open it and tap the update action.

### Check for updates in the Settings app

If you cleared your notification or your device was offline, you can also download new software, security, and Play Store updates from the Settings app. Most system updates and security patches install automatically.

https://support.google.com/android/answer/7680439

4. Turn on or off the '**Automatic Software Update**' option if available.

https://gadgetstouse.com/blog/2022/11/29/turn-on-off-automatic-updates-android-tv/

Android devices in the field can receive and install over-the-air (OTA) updates to the system, app software, and time zone rules. This section describes the structure of update packages and the tools provided to build them. It is intended for developers who want to make OTA updates work on new Android devices and those who want to build update packages for released devices.

OTA updates are designed to upgrade the underlying operating system, the read-only apps installed on the system partition, and time zone rules; these updates do *not* affect apps installed by the user from Google Play.

https://source.android.com/docs/core/ota

**The Basics Of OTA Updates**

OTA updates are a method of delivering software updates to devices without the need for physical media or cables. Instead, the updates are sent wirelessly over the internet, allowing smart TVs to receive and install the latest software, bug fixes, security patches, and new features remotely. This technology has become a cornerstone in the consumer electronics industry, offering a seamless way to keep devices up - to - date.

https://www.evergreensinochem.com/blog/how-do-ota-updates-work-for-smart-tvs-2598195.html

## What are the benefits and drawbacks of OTA updates?

OTA updates are a more efficient way for OEMs to fix bugs and update software than to manually upgrade each individual device. OTA updates can catch issues before devices launch, which can save OEMs time and money, as well as reduce the software development and quality-assurance (QA) process. OTA updates also enable OEMs to update software more easily on devices that are difficult to access, such as advertising displays.

https://www.techtarget.com/searchmobilecomputing/definition/OTA-update-over-the-air-update

## How OTA updates work

OEMs can deliver OTA updates to users in a few ways. From the end user's perspective, the OTA update can either be automatic or manual.

With an automatic OTA update, the back-end system of a mobile operator can push a firmware update to the end user's device. OEMs can use products that automate OTA updates, such as platforms from Smith Micro and Akamai, to manage and deploy OTA updates to their end users' devices. Devices that are in remote locations, such as IoT sensors, or devices that don't have frequent human contact, such as an autonomous vehicle, are good contenders for automatic OTA updates.

https://www.techtarget.com/searchmobilecomputing/definition/OTA-update-over-the-air-update

### The Installation Process

Once the user decides to install the update, the smart TV initiates the download process. It connects to our servers or the CDN and downloads the update package. The download speed depends on several factors, including the user's internet connection speed, the size of the update, and the load on our servers.

After the download is complete, the smart TV verifies the integrity of the update package using a hash algorithm. This ensures that the package has not been corrupted during the download process. If the verification is successful, the TV proceeds with the installation.

The installation process involves the replacement of the existing software with the new version. The TV may need to restart several times during the installation to apply the changes. Our OTA system is designed to handle any errors that may occur during the installation. In case of a failure, the TV can roll back to the previous version software, ensuring that the device remains functional.

http://evergreensinochem.com/blog/how-do-ota-updates-work-for-smart-tvs-2598195.html

## Common problems when updating and hardware compatibility

Not all problems when trying to update a Smart TV are due to the file or the process: **In many cases the obstacle lies in the limitations of the hardware**There are relatively old televisions that, although they run Android, do not support the latest versions or the most modern apps.

https://mundobytes.com/en/How-to-update-your-smart-TV-with-Android-TV-or-Google-TV/



https://gadgetstouse.com/blog/2022/11/29/turn-on-off-automatic-updates-android-tv/

Whether you're buying the best OLED or a budget TV, a TV's processor is the microchip that handles all computational tasks on your smart TV. It runs the TV's operating system, processes commands from your remote or voice assistant, runs streaming apps, upscales and improves content to look better on the screen, and coordinates all the smart features you'd expect from a modern TV.

https://www.tomsguide.com/tvs/does-your-tvs-processor-actually-matter-heres-what-it-really-does

At first, the only Internet-connected TVs with integrated apps were high-end models, and you paid a premium to have additional processors run Netflix and other apps in the menu. That's not the case anymore. Almost all TVs have a single processing chip inside, called a System on a Chip (SoC), that is responsible for everything the TV does, such as input switching, local dimming and image processing, as well as all of the smart TV features. Because TV manufacturers integrate SoCs in all their models, a TV without smart apps would still use the same SoC hardware as one with apps, so it saves no money to omit the smart TV features.

https://www.nytimes.com/wirecutter/blog/what-is-a-smart-tv/

## Processor

Smart TVs function as an embedded computer system with a processor as their core. The processor powers the operating system, applications, user interface, and TV features, providing speed and performance.

https://www.engineersgarage.com/smart-tv-as-embedded-computer-system/

A smart TV is an embedded system. It's built by integrating several components, making a specialized computer system. The main hardware components are as follows.

1. Processor
2. Motherboard (System on Chip)
3. Memory
4. Input/output ports

https://www.engineersgarage.com/smart-tv-as-embedded-computer-system/

## Motherboard

The motherboard, often called the system-on-chip (SoC), is a critical component of smart TVs. It connects and coordinates the various hardware components, such as the processor, RAM, storage, and input/output interfaces. TV SoCs are typically ARM-based or x86-based, depending on the manufacturer's choice. The motherboard's integration reduces the television's size, lowers power consumption, and enhances performance while decreasing production costs.

https://www.engineersgarage.com/smart-tv-as-embedded-computer-system/

Nowadays, televisions on the market are basically smart TVs. When buying a smart TV, everyone must read the configuration parameters of the TV, especially the memory. The memory is divided into storage and ram storage. The ram storage is related to the flow of the TV operation. While memory storage is used to install software and store files. Therefore, when shopping for your next TV, check to see if the smart TV memory is "GB" or "Gb."

https://www.lemmymorgan.com/see-if-the-smart-tv-memory-is-gb-or-gb/

## Memory

Smart TVs have two primary types of memory: RAM and ROM. RAM provides temporary storage for data and instructions while the TV is running, enabling smooth multitasking. Most TVs today use DDR4 RAM for high speed and energy efficiency, with capacities ranging from 2 to 4 GB. ROM stores the TV's operating system, applications, and user data, with 8 to 32 GB storage. Depending on the model, ROM can consist of SSDs, eMMC, or NAND flash memory.

https://www.engineersgarage.com/smart-tv-as-embedded-computer-system/

There are primarily two types of memory in smart TVs: RAM (Random Access Memory) and storage memory.

- **RAM:** This is the volatile memory where data is stored temporarily while the TV is running. It is used for executing applications, and the data is lost when the TV is turned off.
- **Storage Memory:** This is the non-volatile memory used for storing the operating system, applications, and sometimes user data like recorded TV shows or movies. Storage can come in the form of hard disk drives (HDD), solid-state drives (SSD), or flash memory.

https://thetechylife.com/how-much-memory-does-a-smart-tv-have/

Flash memory is a type of **electronically-erasable programmable read-only memory** (EEPROM), but it can also be a standalone memory storage device such as a USB drive.

It is a non-volatile memory chip used for storage and for transferring data between a PC and other digital devices. It is often found in USB flash drives, MP3 players, digital cameras, and solid-state drives.

Toshiba developed flash memory in the early 1980s and introduced it to the market in 1984.

Flash memory incorporates the use of floating-gate transistors to store data.

**Working Principle:** Flash memory is a non-volatile memory technology that uses floating gate transistors like EEPROM. It is organized into memory cells, blocks, and sectors for efficient data storage.

**Write and Erase Process:** Flash memory uses a more complex process called "erase-before-write." To write data, a block of Flash memory must be erased first. This involves clearing a large number of cells simultaneously, which makes writing slower compared to EEPROM. Flash cells have higher density but are slower to erase and write.

| executing said communicated operating system instructions to control operation of said programmable device. | The accused product discloses executing said communicated operating system instructions (e.g., instructions related to updated OS) to control operation of said programmable device (e.g., SoC of the accused product).<br><br>As shown below, the accused product is an Android TV running OS version 11. The accused product receives information related to an operating system update including an OS update signal (control signal). The OS update signal includes information identifying the updated OS version (designated version). The OS update information is passed to the SoC/processor of the accused product to detect the OS update signal. The SoC of the accused product then checks whether the accused product is compatible with the OS upgrade i.e., OS version (specific version) of the accused product is equivalent to updated OS version (designated version). If the accused product is determined to be compatible, the SoC connects to an OS update source, such as Android servers, and upgrades the operating system of the accused product from the existing OS version to the updated OS version.<br><br>For example, if the accused product is currently running Android OS version 11 and the detected update corresponds to Android OS version 11.1 (equivalent to current version), the system-on-chip (SoC) first checks whether Android OS version 11.1 is compatible with the hardware and software configuration of the accused product. If the SoC determines that the update is compatible, the SoC downloads and installs the Android OS 11.1 update. Upon installation, the operating system of the accused product is upgraded from version 11 to version 11.1.<br><br>Upon installing the updated version of operating system, the SoC/processor communicates memory control instructions to erase or overwrite operating system instructions of the current version and to store operating system instructions corresponding to the updated version in erasable programmable memory of the accused product, such as flash memory, EEPROM, etc. Further, the SoC of the accused product executes the updated operating system instructions to control the operation of SoC. |



| Series | KONKA 809 Series<br>Mini QD-LED TV | KONKA 812 Series<br>Mini QD-LED TV | KONKA 684 Series<br>Frameless TV | MOVEVISION<br>Smart Monitor |
|---|---|---|---|---|
| **PICTURE** | | | | |
| PANEL | | | | |
| Type | QLED Direct LED | Direct LED | | Direct LED |
| Resolution | 4K Ultra HD | 1080p Full HD<br>(32" 720p HD) | | 4K Ultra HD |
| Motion Rate | AccuMotion™ 120 | | | AccuMotion™ 120 |
| LED Backlight Brightness | HiBright™ Pro | | | HiBright™ Pro<br>(43" HiBright) |
| Wide Color Gamut | ColorWave™ Pro | | | ColorWave™ |
| Quantum Dot Technology (QLED) | QLED | | | |
| Processor | Konka XC3™ Quad Core+ 4K Ultra HD Engine | | | Konka XC3™ Quad Core+ 4K Ultra HD Engine |

https://www.konka-usa.com/series-chart/



https://www.konka-usa.com/televisions/u5-series-Android-TV/

## MOVEVISION

| RAM | 4G |
|---|---|
| ROM | 64G |
| OS | Android 11 |

https://www.konkaglobal.com/product/televisions/konka-27-mobiletvs/

An Android TV is more or less an Android phone with a super-large screen, sans the heavyweight hardware and touchscreen. TV manufacturers usually push automatic software updates for new changes, bug fixes, and security patches while Play Store lets you auto-update the apps to enjoy the latest features. In this article, let's see how to turn on or off the automatic app and system updates on Android TV.

https://gadgetstouse.com/blog/2022/11/29/turn-on-off-automatic-updates-android-tv/



# How to Enable or Disable Automatic Updates on Smart TV

You can update an Android TV in two ways. Apps can be updated via Google Play Store while the system firmware updates can be checked via settings. Some people may want the app and OTA updates to download and install automatically to save time while others would want to avoid it, be it to save bandwidth or resource consumption in the background.

https://gadgetstouse.com/blog/2022/11/29/turn-on-off-automatic-updates-android-tv/

# How to Turn On/Off Automatic App or System Updates on Android TV

By Ritik Singh    Update on: November 29, 2022    How To

**Quick Answer**

- Some people may want the app and OTA updates to download and install automatically to save time while others would want to avoid it, be it to save bandwidth or resource consumption in the background.
- This is how you can turn on or off automatic software updates and app updates on your Android TV.
- In this article, let's see how to turn on or off the automatic app and system updates on Android TV.

**Pexip Connect for Google Rooms**

Enable Teams now    ]pexip[

https://gadgetstouse.com/blog/2022/11/29/turn-on-off-automatic-updates-android-tv/

## Configure automatic updates on Android TV and Google TV

On both Android TV and Google TV, the system allows **enable or disable automatic search and installation of updates**This is usually found in the same "Software Update" section, with a simple checkbox or switch.

If you enable automatic updates, the TV will take care of it. **Check periodically for new versions, download them in the background, and in many cases, install them when you shut down or restart your computer.**It's the most convenient option if you don't want to worry about anything.

https://mundobytes.com/en/How-to-update-your-smart-TV-with-Android-TV-or-Google-TV/

Google system services updates give you new and useful features that make your Android devices more secure and reliable. It includes updates to the Android operating system and key system services provided by Google, Google Play Store, and Google Play services. Google system services updates are available for all Google-certified Android devices, such as:

- Phones
- Tablets
- Android TV and Google TV devices
- Android Auto-enabled vehicles
- Wear OS devices
- Chrome OS devices

https://support.google.com/product-documentation/answer/11462338?hl=en

## System services updates on your device

By default, Google system services automatically updates your device with security, bug fixes, and new features. Some updates are delivered via system services in separate Android packages. This maintains privacy, security and data isolation following the principle of least privilege because permissions are not shared with other functionality. These separate Android packages also benefit from enhanced transparency. See Google system services APK Transparency Log ☑ .

https://support.google.com/product-documentation/answer/11462338?hl=en

## Get the latest Android updates for your device

### Update notification

When you get a notification, open it and tap the update action.

### Check for updates in the Settings app

If you cleared your notification or your device was offline, you can also download new software, security, and Play Store updates from the Settings app. Most system updates and security patches install automatically.

https://support.google.com/android/answer/7680439

4. Turn on or off the '**Automatic Software Update**' option if available.

https://gadgetstouse.com/blog/2022/11/29/turn-on-off-automatic-updates-android-tv/

## Common problems when updating and hardware compatibility

Not all problems when trying to update a Smart TV are due to the file or the process: **In many cases the obstacle lies in the limitations of the hardware**There are relatively old televisions that, although they run Android, do not support the latest versions or the most modern apps.

https://mundobytes.com/en/How-to-update-your-smart-TV-with-Android-TV-or-Google-TV/



https://gadgetstouse.com/blog/2022/11/29/turn-on-off-automatic-updates-android-tv/

Android devices in the field can receive and install over-the-air (OTA) updates to the system, app software, and time zone rules. This section describes the structure of update packages and the tools provided to build them. It is intended for developers who want to make OTA updates work on new Android devices and those who want to build update packages for released devices.

OTA updates are designed to upgrade the underlying operating system, the read-only apps installed on the system partition, and time zone rules; these updates do *not* affect apps installed by the user from Google Play.

https://source.android.com/docs/core/ota

### The Basics Of OTA Updates

OTA updates are a method of delivering software updates to devices without the need for physical media or cables. Instead, the updates are sent wirelessly over the internet, allowing smart TVs to receive and install the latest software, bug fixes, security patches, and new features remotely. This technology has become a cornerstone in the consumer electronics industry, offering a seamless way to keep devices up - to - date.

https://www.evergreensinochem.com/blog/how-do-ota-updates-work-for-smart-tvs-2598195.html

## What are the benefits and drawbacks of OTA updates?

OTA updates are a more efficient way for OEMs to fix bugs and update software than to manually upgrade each individual device. OTA updates can catch issues before devices launch, which can save OEMs time and money, as well as reduce the software development and quality-assurance (QA) process. OTA updates also enable OEMs to update software more easily on devices that are difficult to access, such as advertising displays.

https://www.techtarget.com/searchmobilecomputing/definition/OTA-update-over-the-air-update

### How OTA updates work

OEMs can deliver OTA updates to users in a few ways. From the end user's perspective, the OTA update can either be automatic or manual.

With an automatic OTA update, the back-end system of a mobile operator can push a firmware update to the end user's device. OEMs can use products that automate OTA updates, such as platforms from Smith Micro and Akamai, to manage and deploy OTA updates to their end users' devices. Devices that are in remote locations, such as IoT sensors, or devices that don't have frequent human contact, such as an autonomous vehicle, are good contenders for automatic OTA updates.

https://www.techtarget.com/searchmobilecomputing/definition/OTA-update-over-the-air-

update

### The Installation Process

Once the user decides to install the update, the smart TV initiates the download process. It connects to our servers or the CDN and downloads the update package. The download speed depends on several factors, including the user's internet connection speed, the size of the update, and the load on our servers.

After the download is complete, the smart TV verifies the integrity of the update package using a hash algorithm. This ensures that the package has not been corrupted during the download process. If the verification is successful, the TV proceeds with the installation.

The installation process involves the replacement of the existing software with the new version. The TV may need to restart several times during the installation to apply the changes. Our OTA system is designed to handle any errors that may occur during the installation. In case of a failure, the TV can roll back to the previous version software, ensuring that the device remains functional.

http://evergreensinochem.com/blog/how-do-ota-updates-work-for-smart-tvs-2598195.html

Whether you're buying the best OLED or a budget TV, a TV's processor is the microchip that handles all computational tasks on your smart TV. It runs the TV's operating system, processes commands from your remote or voice assistant, runs streaming apps, upscales and improves content to look better on the screen, and coordinates all the smart features you'd expect from a modern TV.

https://www.tomsguide.com/tvs/does-your-tvs-processor-actually-matter-heres-what-it-really-does

At first, the only Internet-connected TVs with integrated apps were high-end models, and you paid a premium to have additional processors run Netflix and other apps in the menu. That's not the case anymore. Almost all TVs have a single processing chip inside, called a System on a Chip (SoC), that is responsible for everything the TV does, such as input switching, local dimming and image processing, as well as all of the smart TV features. Because TV manufacturers integrate SoCs in all their models, a TV without smart apps would still use the same SoC hardware as one with apps, so it saves no money to omit the smart TV features.

https://www.nytimes.com/wirecutter/blog/what-is-a-smart-tv/

## Processor

Smart TVs function as an embedded computer system with a processor as their core. The processor powers the operating system, applications, user interface, and TV features, providing speed and performance.

https://www.engineersgarage.com/smart-tv-as-embedded-computer-system/

A smart TV is an embedded system. It's built by integrating several components, making a specialized computer system. The main hardware components are as follows.

1. Processor
2. Motherboard (System on Chip)
3. Memory
4. Input/output ports

https://www.engineersgarage.com/smart-tv-as-embedded-computer-system/

## Motherboard

The motherboard, often called the system-on-chip (SoC), is a critical component of smart TVs. It connects and coordinates the various hardware components, such as the processor, RAM, storage, and input/output interfaces. TV SoCs are typically ARM-based or x86-based, depending on the manufacturer's choice. The motherboard's integration reduces the television's size, lowers power consumption, and enhances performance while decreasing production costs.

https://www.engineersgarage.com/smart-tv-as-embedded-computer-system/

Nowadays, televisions on the market are basically smart TVs. When buying a smart TV, everyone must read the configuration parameters of the TV, especially the memory. The memory is divided into storage and ram storage. The ram storage is related to the flow of the TV operation. While memory storage is used to install software and store files. Therefore, when shopping for your next TV, check to see if the smart TV memory is "GB" or "Gb."

https://www.lemmymorgan.com/see-if-the-smart-tv-memory-is-gb-or-gb/

## Memory

Smart TVs have two primary types of memory: RAM and ROM. RAM provides temporary storage for data and instructions while the TV is running, enabling smooth multitasking. Most TVs today use DDR4 RAM for high speed and energy efficiency, with capacities ranging from 2 to 4 GB. ROM stores the TV's operating system, applications, and user data, with 8 to 32 GB storage. Depending on the model, ROM can consist of SSDs, eMMC, or NAND flash memory.

https://www.engineersgarage.com/smart-tv-as-embedded-computer-system/

There are primarily two types of memory in smart TVs: RAM (Random Access Memory) and storage memory.

- **RAM:** This is the volatile memory where data is stored temporarily while the TV is running. It is used for executing applications, and the data is lost when the TV is turned off.
- **Storage Memory:** This is the non-volatile memory used for storing the operating system, applications, and sometimes user data like recorded TV shows or movies. Storage can come in the form of hard disk drives (HDD), solid-state drives (SSD), or flash memory.

https://thetechylife.com/how-much-memory-does-a-smart-tv-have/

Flash memory is a type of **electronically-erasable programmable read-only memory** (EEPROM), but it can also be a standalone memory storage device such as a USB drive.

It is a non-volatile memory chip used for storage and for transferring data between a PC and other digital devices. It is often found in USB flash drives, MP3 players, digital cameras, and solid-state drives.

Toshiba developed flash memory in the early 1980s and introduced it to the market in 1984.

Flash memory incorporates the use of floating-gate transistors to store data.

**Working Principle:** Flash memory is a non-volatile memory technology that uses floating gate transistors like EEPROM. It is organized into memory cells, blocks, and sectors for efficient data storage.

**Write and Erase Process:** Flash memory uses a more complex process called "erase-before-write." To write data, a block of Flash memory must be erased first. This involves clearing a large number of cells simultaneously, which makes writing slower compared to EEPROM. Flash cells have higher density but are slower to erase and write.